serve printed papers and briefs by July first and pay to respondents' attorney ten dollars.

GRANGER & COMPANY and Others, Respondents, v. EUGENE BURNS and Others, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers and briefs by July first.

In the Matter of ROBERT W. FARRINGTON, an Attorney and Counselor at Law.— Issues raised by the petition and answer referred to Hon. William M. Ross, official referee, to take the proofs thereon and report the same to this court with his opinion.

PETER STAUFER, Appellant, v. DEO BRASTED, Respondent.— Motion to dismiss appeal denied, without costs.

WEED & COMPANY, Respondent, v. WILLIAMS BUSINESS EXCHANGE, INC., Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and pay to respondent's attorney ten dollars within thirty days.

MARGARET A. YOUNG and Another, Respondents, v. AMERICAN CENTRAL INSURANCE COMPANY OF ST. LOUIS, MISSOURI, Appellant. MARGARET A. YOUNG and Another, Respondents, v. SENECA FIRE INSURANCE COMPANY, Appellant.— In each case order entered May 21, 1920, amended so as to reverse final judgment only.

MARY PECK, Appellant, v. WILLIAM PECK, Respondent.— Order reversed, with ten dollars costs and disbursements, and matter remitted to the Special Term for further proceedings. Held, that in view of the demand for judgment contained in the complaint, respecting the custody of the children, and the provisions of section 1771 of the Code of Civil Procedure, the trial court was authorized to make provision for the support and maintenance of the children. Kruse, P. J., Lambert, Hubbs and Davis, JJ., concur; Clark, J., not sitting.

In the Matter of the Application of the CITY OF NIAGARA FALLS, Respondent, for the Acquisition of Land for the Establishment of a City Park. LENA E. ZENK, Appellant.— Order affirmed, with costs. All concur.

CLARA ANDREWS HALE and Another, Respondents, v. MICHAEL H. RIPTON, Appellant.— Judgment and order affirmed, with costs. · All concur.